268 So.2d 248

STATE of Louisiana

v.

John W. BROUSSARD.

No. 52634.

Oct. 26, 1972.

Rehearing Denied Nov. 21, 1972.

Leroy J. Falgout, Metairie, for defendant-appellant.

William J. Guste, Jr., Atty. Gen., Harry H. Howard, Asst. Atty. Gen., John M. Mamoulides, Dist. Atty., Robert B. Evans, Jr., Asst. Dist. Atty., for plaintiff-appellee.

PER CURIAM.

The defendant was convicted for violation of La.R.S. 26:88 (allowing "B" drinking) and appeals.

Inasmuch as no bills of exceptions were perfected, we are limited on appeal to a review of errors discoverable on the face of the pleadings and proceedings. La. C.Cr.P. art. 920. We find none.

Although in brief in this Court the accused urges the statute under which he is charged is unconstitutional, this issue was not properly raised in the trial court and is not before us on appeal. *Cf*. La.C.Cr.P. arts. 532, 859; State v. Leming, 217 La. 257, 46 So.2d 262 (1950); State v. Kavanaugh, 203 La. 1, 13 So.2d 366 (1943).

The conviction and sentence are affirmed.

BARHAM, J., dissents. See reasons assigned in State v. Broussard, 263 La. 340, 268 So.2d 247.